FILED

04/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0596

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0596

_____

JEFF GOTTLOB, ELAINE MITCHELL, JAMES
CHILDRESS, and all others similarly situated,

     Plaintiffs and Appellees,

  v.

MICHAEL DesROSIER, RON RIDES AT THE
DOOR, TOM McKAY, GALEN GALBREATH, and
GLACIER COUNTY,

     Defendants and Appellants,

  and

STATE OF MONTANA,

     Defendant.

O R D E R

_____

Appellants have filed a third motion for extension of time to file their reply brief.

IT IS ORDERED that Appellants have until June 4, 2020, within which to file their reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 28 2020